UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY B. DAVIS, SR.,<br><br>Defendant. | CASE NO. 3:19 cr 32<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A)<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |

**THE GRAND JURY CHARGES:**

## COUNT 1
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about January 18, 2019, in the Southern District of Ohio, the defendant, **TRACY B. DAVIS, SR.**, knowingly possessed a firearm in and affecting interstate and foreign commerce.

Such possession occurred after defendant **TRACY B. DAVIS, SR.** had been convicted of the following felonies punishable by a term of imprisonment exceeding one year, namely:

a. On or about August 26, 2013, in the Court of Common Pleas, Montgomery County, Ohio, Case Number 2012CR03768, of possession of heroin, in violation of Ohio Revised Code,

b. On or about March 26, 2009, in the Court of Common Pleas, Montgomery County, Ohio, Case Number 2007CR04865, of intimidation of a crime witness, in violation of Ohio Revised Code.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
### [18 U.S.C. § 924(c)(1)(A)]

On or about January 18, 2019, in the Southern District of Ohio defendant **TRACY B. DAVIS, SR.** knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, knowingly and intentionally possessing with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

## COUNT 3
### [21 U.S.C. § 841(a)(1) and (b)(1)(C)]

On or about January 18, 2019, in the Southern District of Ohio, defendant **TRACY B. DAVIS, SR.** knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance and a mixture or substance containing fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

_S/_
FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

AMY M. SMITH, (0081712)
Assistant United States Attorney

2