IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,       :

          Plaintiff,       :

     vs.         :     Case No. 3:19cr32

TRACY DAVIS, SR.,      :     JUDGE WALTER H. RICE

          Defendant.     :

---

## SECOND AMENDED PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET

---

Date of Scheduling Conference       from 4/15/2019 on 4/9/2019

Jury Trial Date       7/15/2019

Final Pretrial Conference (by telephone)       Monday, 7/8/2019 at 5:00 pm

Motion Filing Deadline

    Oral and Evidentiary Motions       5/13/2019

    Other Motions       6/14/2019

Discovery Cut-off       7/1/2019

Speedy Trial Deadline       waived by Motion to Continue

4/15/2019 trial date and request for

90-day continuance and waiver of

speedy trial time, the Court finding that

within the factual and legal confines of

this case, the ends of justice outweigh

the interests of the public and the

Defendant in a speedy trial. 18 U.S.C.

§3161 et seq.

Discovery out – Plaintiff to Defendant                    accomplished


April 24, 2019
_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE